# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOLISTIC CANDLERS AND CONSUMER ASSOCIATION, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| | ) Civil Case No. 10-582 (RJL) |
| v. | ) ) |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER
(March *16* , 2011) [#7]

For the reasons set forth above, it is this ___ day of March, 2011 hereby

ORDERED that Defendants' Motion to Dismiss [Dkt. #7] is GRANTED, and it is further

ORDERED that the above-captioned case be dismissed without prejudice.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge